# UNITED STATES DISTRICT COURT

Eastern **District of** California

California Sportfishing Protection Alliance
                Plaintiff (s),

V.

California Materials, Inc. *et al.*

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:17-cv-01397-JAM-CKD

Notice is hereby given that, subject to approval by the court, California Sportfishing Protection Alliance substitutes
(Party (s) Name)

Layne Friedrich , State Bar No. 195431 as counsel of record in place
(Name of New Attorney)

place of Caroline Koch, Layne Friedrich, Lawyers for Clean Water, Inc. .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Offices of Layne K. Friedrich
    Address: 725 Fano Lane Sonoma, CA 95476
    Telephone: 415-819-3625     Facsimile 518-713-1658
    E-Mail (Optional): Lkfriedrich.law@gmail.com

I consent to the above substitution.

Date: May 24. 2018

(Signature of Party (s))

I consent to being substituted.

Date: May 18, 2018

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 18, 2018

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/29/2018                  /s/ John A. Mendez
                                                                                   Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**