LAWYERS FOR CLEAN WATER, INC.
Layne Friedrich (Bar No. 195431)
Caroline Koch (Bar No. 266068)
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155


*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE


CANNATA, O'TOOLE, FICKES & ALMAZAN LLP
Therese Y. Cannata (Bar No. 88032)
Kimberly A. Almazan (Bar No. 288605)
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904


Attorneys for Defendants
CALIFORNIA MATERIALS, INC.
CMAT MOBILE CRUSHING, INC. and
E.J. ROGERS II

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit corporation,<br><br>          Plaintiff,<br>     vs.<br><br>CALIFORNIA MATERIALS, INC., a California Corporation, CMAT MOBILE CRUSHING, INC. a California Corporation, and E.J. ROGERS II, an individual,<br><br><br>          Defendants. | Case No. 2:17-CV-01397-JAM-CKD<br><br>Honorable John A. Mendez<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") and Defendants California Material, Inc., CMAT Mobile Crushing, Inc., and E.J. Rogers II ("Defendants"), by and through their attorneys of record, hereby enter into this Stipulation to Dismiss Plaintiff's Claims With Prejudice

**WHEREAS**, Plaintiff and Defendants (the "Parties") have entered into a settlement agreement ("Settlement Agreement") that achieves a full and final settlement of all of CSPA's claims against Defendants as set forth in Civil Case No. 2:17-cv-01397-JAM-CKD;

**WHEREAS**, a copy of the Settlement Agreement is attached hereto as **Exhibit A**.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that CSPA's claims, as set forth in its CWA 60-Day Notice Letters and First Amended Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice. Each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Settlement Agreement.

The Parties further request that this Court retain jurisdiction over the Parties and in accordance with the terms of the Settlement Agreement, including paragraphs 12 and 17.

Dated: March ___, 2018     LAWYERS FOR CLEAN WATER, INC.


_____
Layne Friedrich
Attorney for Plaintiff


Dated: March ___, 2018     CANNATA, O'TOOLE, FICKES & ALMAZAN LLP


_____
Kimberly Almazan
Attorney for Defendants

1

**[PROPOSED] ORDER**

2        Based on the above stipulation of the Parties,

3        IT IS HEREBY ORDERED that Plaintiff's claims against Defendants

4  California Material, Inc., CMAT Mobile Crushing, Inc., and E. J.

5  Rogers II as set forth in the First Amended Complaint in this action,

6  are dismissed with prejudice, each side to bear their own attorney

7  fees and costs, except as provided for by the terms of the

8  accompanying Settlement Agreement.

9        IT IS FURTHER ORDERED that the Court shall retain and have

10 jurisdiction over the Parties with respect to any disputes arising

11 under the Settlement Agreement and in accordance with the terms of

12 the Settlement Agreement, including paragraphs 12 and 17.

13

14        **IT IS SO ORDERED.**

15

16 Date: _6·11·2018_

17                                    HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

---

Stipulation; [Proposed] Order        3        Case No. 2:17-CV-01397-JAM-CKD